300

WESTERN NATIONAL INSURANCE COMPANY, Appellant, v. HAPH BROKERAGE, INC., Respondent.

Supreme Court, Appellate Term, First Department, June 9, 1949.

*Francis X. Nestor* for appellant.

*Emanuel D. Finkelman* for respondent.

Judgment and order affirmed, with $10 costs.

Concur: HOFSTADTER, PECORA and HECHT, JJ.